UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APPLICATION OF USA PURSUANT TO 18 U.S.C. 3512 FOR 2703(d) ORDER FOR ONE E-MAIL ACCOUNT AND ONE DOMAIN NAME SERVICED BY NAMECHEAP, INC. | ML No. ___21-ML-139_____ |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), and the Treaty Between the Government of the United States of America and the Principality of Liechtenstein on Mutual Legal Assistance in Crimnal Matters, Liech.-U.S., S. TREATY DOC. NO. 107-16 (2002) requesting that the Court issue an Order requiring Namecheap, Inc. ("PROVIDER"), an electronic communication service and/or a remote computing service provider located in Los Angeles, California, to disclose the records and other information described in Attachment A to this Order.

The Court finds that the United States has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. §§ 2703(d) and 3512(a), that PROVIDER shall, within ten days of receipt of this Order, disclose to the United States the records and other information described in Attachment A to this Order.

_____                                              _____
Date                                                                                        United States Magistrate Judge

## ATTACHMENT A

**I.	The Accounts**

The Order applies to certain records and information for any Namecheap, Inc. ("PROVIDER") accounts associated with the following identifiers:

sale@sereneimpulses.com and sereneimpulses.com

and any preserved data and/or preservation numbers associated therewith.

**II.	Records and other information to be disclosed**

**A.	Information about the customer or subscriber of the Accounts**

PROVIDER is required to disclose to the United States the following records and other information, if available, for each account or identifier listed in Part I of this Attachment (the "Accounts") constituting information about the customer or subscriber of the Accounts

1. Names (including subscriber names, user names, and screen names);

2. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

3. Local and long distance telephone connection records;

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

5. Length of service (including start date) and types of service utilized;

6. Telephone or instrument numbers (including MAC addresses);

7. Other subscriber numbers or identities (including the registration IP address), including any current or past accounts linked to the Accounts by telephone number, recovery or alternate e-mail address, IP address, or other unique device or user identifier; and

8. Means and source of payment for such service (including any credit card or bank account number) and billing records.